McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CR-00233-FCD |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE AND PUBLICATION |
| v. ) | THEREOF |
| SUKHWINDER "BOBBY" SINGH, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Sukhwinder "Bobby" Singh, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Sukhwinder "Bobby" Singh's interest in the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   Smith & Wesson .357 Magnum Revolver, Serial Number CJV4791,

    b.   Winchester 12 Gauge Shotgun, Model Number 1300, Serial Number L3417957, and

    c.   Ammunition.

2. The above-listed properties constitute firearms or

1  ammunition involved in or used in a knowing violation of 18
2  U.S.C. § 922(g)(5)(A).
3      3.  Pursuant to Rule 32.2(b), the Attorney General (or a
4  designee) shall be authorized to seize the above-described
5  properties.  The aforementioned properties shall be seized and
6  held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives,
7  in its secure custody and control.
8      4.  a.  Pursuant to 28 U.S.C. § 2461(c) incorporating 21
9  U.S.C. § 853(n) and Local Rule 83-171, the United States
10 forthwith shall publish at least once for three successive weeks
11 in the <u>Stockton Record</u> (San Joaquin County), a newspaper of
12 general circulation located in the county in which the above-
13 described properties were seized, notice of this Order, notice of
14 the Attorney General's intent to dispose of the properties in
15 such manner as the Attorney General may direct, and notice that
16 any person, other than the defendant, having or claiming a legal
17 interest in the above-listed properties must file a petition with
18 the Court within thirty (30) days of the final publication of the
19 notice or of receipt of actual notice, whichever is earlier.
20       b.  This notice shall state that the petition shall be
21 for a hearing to adjudicate the validity of the petitioner's
22 alleged interest in the properties, shall be signed by the
23 petitioner under penalty of perjury, and shall set forth the
24 nature and extent of the petitioner's right, title or interest in
25 the properties and any additional facts supporting the
26 petitioner's claim and the relief sought.
27       c.  The United States may also, to the extent
28 practicable, provide direct written notice to any person known to

have alleged an interest in the properties that are the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

    IT IS SO ORDERED this 10th day of December, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE