1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,              CR. S-07-0233 FCD
13           Plaintiff,                    ORDER FOR RELEASE OF PERSON IN
                                           CUSTODY
14       vs.
15  SUKHWINDER SINGH,
16           Defendant.
17  _____/
18  TO:    UNITED STATES MARSHAL:
19       This is to authorize and direct you to release SUKHWINDER SINGH,
20  Case No. CR S-07-0233 FCD, Charge 18 U.S.C. 922 (g)(5)(A) - Possession of Firearms by an
21  Illegal Alien, from custody subject to the conditions listed below:
22       _X_   Release on Personal Recognizance
23       ___   Bail Posted in the Sum of $ [ ]
24             ___  Unsecured Appearance Bond
25             ___  Appearance Bond with 10% Deposit
26

|     |                                                                                  |
| --- | -------------------------------------------------------------------------------- |
| 1   | ___   Appearance Bond with Surety                                                |
| 2   | ___   Corporate Surety Bail Bond                                                 |
| 3   | _X_   (Other) Defendant sentenced to TIME SERVED in open court on                |

December 10, 2007. Defendant shall comply with all conditions of supervision as noted in court and which shall be listed in the written Judgment to issue.

Issued at Sacramento, CA on December 10, 2007 at 10:46 a.m.

Dated:   December 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

SINGH SUKHWINDER release order.wpd                    2