McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00233-FCD |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| SUKHWINDER "BOBBY" SINGH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about December 10, 2007, this Court entered a
Preliminary Order of Forfeiture pursuant to the provisions of 18
U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea
agreement entered into between plaintiff and defendant Sukhwinder
"Bobby" Singh forfeiting to the United States the following
property:

     a).  Smith & Wesson .357 Magnum Revolver, Serial Number
        CJV4791,

     b).  Winchester 12 Gauge Shotgun, Model Number 1300, Serial
        Number L3417957, and

     c).  Ammunition.

AND WHEREAS, on January 10, 17 and 24, 2008, the United States
published notification of the Court's Preliminary Order of

1

Forfeiture in <u>The Stockton Record</u> (San Joaquin County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Sukhwinder "Bobby" Singh.

2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3.  The Bureau of Alcohol, Tobacco, Firearms, and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 17th day of <u>March,</u> 2008.

_____
FRANK C. DAMRELL, JR.
United States District Judge