DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SUKHWINDER SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-07-233-FCD |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| SUKHWINDER SINGH, | ) | |
| | ) | Date: February 28, 2011 |
| Defendant. | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for SUKHWINDER SINGH, that the status conference hearing date of February 7, 2011 be vacated, and the matter be set for status conference on February 28, 2011 at 10:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review the A file and consult with Mr. Singh with the assistance of a Punjabi interpreter.

DATED:   February 4, 2011.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender


                                              /s/ Courtney Fein
                                              COURTNEY FEIN
                                              Designated Counsel for Service
                                              Attorney for SUKHWINDER SINGH


DATED:   February 4, 2011.                    BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Courtney Fein for
                                              MICHELE BECKWITH
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 7, 2011, status conference hearing be continued to February 28, 2011, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: February 4, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2